Brian C. Butler, OSB #981903
Assistant Federal Public Defender
15 Newtown Street
Medford, Oregon 97501
(541) 776-3630 Telephone
(541) 776-3624 Facsimile
Brian_Butler@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:20-mj-00138-CL-1 |
| Plaintiff, | |
| v. | ORDER |
| SCOTT DYE, | |
| Defendant | |

IT IS ORDERED that Defendant's Motion to Revoke Detention Order and For Pretrial Release on Conditions be sealed.

DATED this __11__ day of August, 2020.

_____
Honorable Mark D. Clarke
United States District Magistrate Judge

Page 1 - ORDER